# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
### WESTERN DIVISION

Darryl L. Moon,                                              Case No.: 3:20-cv-01773-JGC

    Plaintiff

  v.                                              **ORDER**

Commissioner of Social Security

    Defendant

This is an appeal from the denial of Social Security benefits. I referred the petition to a Magistrate Judge for filing of a Report and Recommendation, which the Magistrate Judge has filed (Doc. 17). In the Report and Recommendation Magistrate Judge Darrell A. Clay recommended that I remand this matter to the Commissioner of Social Security for further proceedings consistent with the Report and Recommendation.

On *de novo* review, I find the Report and Recommendation well-taken in all respects.

Accordingly, it is hereby

**ORDERED THAT:** the Magistrate Judge's Report and Recommendation (Doc. 17) be, and the same hereby is, adopted as the order of this court, and this matter shall be, and the same hereby is, remanded to the Commissioner of Social Security for further proceedings consistent with the Report and Recommendation. The Clerk of Court shall mark this matter closed.

So ordered.

      /s/ James G. Carr
      Sr. U.S. District Judge